Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056. In accordance therewith the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 1, 1947

**No. 51681.**—Protests 997142–G, etc., of Mon Hing & Co. et al. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51682.**—Protests 27957–K, etc., of Quon Hing et al. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51683.**—Protests 61811–K, etc., of B. R. Anderson & Co. et al. (Seattle).

Opinion by CLINE, J. Kumquats stipulated to be similar in all material respects to the merchandise the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342) were held dutiable at 1 cent per pound under paragraph 743. Ducks in oil stipulated to be the same as those involved in *Wa Chong Co.* v. *United States* (61 Treas. Dec. 1118, T. D. 45695) were held dutiable at 10 cents per pound under paragraph 712 upon the weight of the ducks, exclusive of the weight of the oil, the weight of the oil in this instance being 46 pounds.

**No. 51684.**—Protests 990370–G, etc., of J. T. Steeb & Co., Inc. (Seattle).

Opinion by CLINE, J. It was stipulated that certain items of the merchandise consist of kelp the same as that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303). In accordance therewith the claim for free entry under paragraph 1705 was sustained. Other items of the merchandise stipulated to be onions, pickled or packed in brine, the same as those involved in *Mutual Supply Co.* v. *United States* (12 Cust. Ct. 136, C. D. 842), were held dutiable at 25 percent under paragraph 775, as modified by the trade agreement with the Netherlands (T. D. 48075).

**No. 51685.**—Protest 119496–K of Hilo Rice Mill Co., Ltd. (Honolulu).